1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

\* \* \*

IN RE:

QUAN CHAU

)
)
)
)
)
)
)
)
)
)
)

**2:10-MS-0084-NA**

**ORDER APPOINTING COUNSEL
AND DIRECTING THE MARSHAL
TO SERVE SUBPOENAS AT
GOVERNMENT EXPENSE**

The individual named below, having testified under oath or having otherwise satisfied this Court that he (1) is financially unable to employ counsel and (2) does not wish to waive counsel, and, because the interests of justice so require, the Court finds that the Defendant is indigent, therefore;

IT IS ORDERED that the Federal Public Defender for the District of Nevada is hereby appointed to represent Defendant, **QUAN CHAU**.

DATED this 3rd day of September, 2010.

_____
UNITED STATES MAGISTRATE JUDGE